JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON J.T.,[1] | CASE NO. 2:22-cv-07370-JC |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ADJUDGED.

DATED: January 3, 2024

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.